**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SARAH SIMMONS, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | File No. 1:24-cv-01350-MHC_RDC |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| COBB COUNTY, GEORGIA, ) | |
| ) | |
| Defendant. ) | |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties including intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Sarah Simmons

- Defendant Cobb County, Georgia

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff Sarah Simmons

- Legare, Attwood & Ragan, LLC

- Defendant Cobb County, Georgia

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For the Plaintiff:

Amelia A. Ragan
LEGARE, ATTWOOD & RAGAN, LLC
125 Clairemont Avenue, Suite 515
Decatur, Georgia 30030

Respectfully submitted this 18th day of July 2024.

**LEGARE, ATTWOOD & RAGAN, LLC**

**Amelia A. Ragan**
Georgia Bar No. 831387
aaragan@law-llc.com

125 Clairemont Ave, Suite 515
Decatur, GA 30030
Tel: (470) 823-4000
Fax: (470) 201-1212

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH SIMMONS, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | File No. 1:24-cv-01350-MHC_RDC |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| COBB COUNTY, GEORGIA, ) | |
| ) | |
| Defendant.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record via the Court's CM/ECF filing system.

**LEGARE, ATTWOOD & RAGAN, LLC**

**Amelia A. Ragan**
Georgia Bar No. 831387
aaragan@law-llc.com

125 Clairemont Ave, Suite 515
Decatur, GA 30030
Tel: (470) 823-4000
Fax: (470) 201-1212

Counsel for Plaintiff